UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Phillip E. Baldwin,** § | |
| § | |
| **Plaintiff,** § | |
| VS. § | **CIVIL ACTION NO. H-04-3822** |
| § | |
| **Harris County/Harris County Flood** § | |
| **Control District,** § | |
| § | |
| **Defendant.** § | |

## MEMORANDUM AND ORDER

Pending before the Court is Defendant Harris County's motion to dismiss all state law claims raised by Plaintiff Phillip E. Baldwin. The Court's Order granting Harris County's motion for summary judgment has resulted in the dismissal of the state claims. The motion to dismiss, Docket No. 35, is, therefore, **DENIED AS MOOT**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 15th day of November, 2005.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.**